Declaration of Jerome Gendron

I, Jerome Gendron, being first duly sworn as if upon oath, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, do swear and affirm as follows:

1. I am over the age of 18 years and the Debtor in this action.

2. I suffer from no disability which would prevent me from participating in my case.

3. I have actual knowledge of the facts stated below.

4. I currently receive the sum of $1,258.60 gross per month from Social Security for my minor daughter, Caroline.

5. I also receive the sum of $2,517.30 gross per month from Social Security for retirement benefits.

6. All of the information contained herein is true and correct.

Dated: November 4, 2015

*[signature]*

Jerome Gendron

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# STIFEL

One Financial Plaza
501 N. Broadway
St. Louis, MO 63102-2188

Pay Statement
Period Start Date 09/01/2015
Period End Date 09/30/2015
Pay Date        10/09/2015
Document        884666
Net Pay         $9,152.05

## Pay Details

JEROME CHARLES GENDRON
36 W 917 WHISPERING TRAIL CT
ST. CHARLES, IL 60175
USA

Employee Number 000005072
SSN             xxx-xx-4065
Job             FIN ADVISOR
Pay Rate        $0.00
Pay Frequency   Monthly

Pay Group       SN Commissions pay group
Location        133-Geneva, IL
Organization    133 - Geneva, IL (133)
Business Grp
Department

Federal Income Tax              M4
IL State Income Tax (Residence) M4
IL State Income Tax (Work)      M4

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Busns Expense | 0.0000 | $0.0000 | ($2,253.34) | ($22,716.96) |
| Commissions | 0.0000 | $0.0000 | $14,822.69 | $160,938.04 |
| Deferred Comp | 0.0000 | $0.0000 | $0.00 | $7,689.00 |
| FA Expense acco | 0.0000 | $0.0000 | $0.00 | ($6,500.00) |
| Pay Sales Asst | 0.0000 | $0.0000 | ($173.56) | ($1,867.64) |
| Reg Earn N Xmpt | 173.3300 | $0.0000 | $0.00 | $0.00 |
| Units - FICA on | 0.0000 | $0.0000 | $347.13 | $3,735.40 |
| Units to Stock | 0.0000 | $0.0000 | $0.00 | $16,790.88 |
| Total Hours | 173.3300 | | | |

## Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| 401K B&C | Yes | $123.96 | $1,363.54 |
| AD&D - Family | No | $10.00 | $100.00 |
| BASE AD&D | No | $0.00 | $0.00 |
| BASE LIFE | No | $0.00 | $0.00 |
| BASE LTD | No | $0.00 | $0.00 |
| BASE STD | No | $0.00 | $0.00 |
| Deferred Comp | Yes | $347.13 | $3,735.40 |
| Dental Ins | Yes | $61.05 | $610.50 |
| Medical Ins. | Yes | $482.00 | $4,736.00 |
| Stock issued | No | $0.00 | $10,668.55 |
| Units - FICA on | No | $347.13 | $3,735.40 |
| Vision | Yes | $15.60 | $150.06 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $176.68 | $2,212.30 |
| Federal Income Tax | $1,627.97 | $23,975.91 |
| IL State Income Tax | $399.35 | $5,121.42 |
| Social Security Employee Tax | $0.00 | $7,347.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx6918 | Checking | $9,152.05 |
| Total | | $9,152.05 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $12,742.92 | $11,366.05 | $2,204.00 | $1,386.87 | $9,152.05 |

| YTD | $158,068.72 | $143,737.82 | $38,656.63 | $25,099.45 | $94,312.64 |

Originally printed in English

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**STIFEL**

One Financial Plaza
501 N. Broadway
St. Louis, MO 63102-2188

Pay Statement
Period Start Date 08/01/2015
Period End Date 08/31/2015
Pay Date        09/10/2015
Document        875995
Net Pay         $8,577.42

### Pay Details

| | | | |
|---|---|---|---|
| JEROME CHARLES GENDRON | Employee Number 000005072 | Pay Group   SN Commissions pay group | Federal Income Tax               M4 |
| 36 W 917 WHISPERING TRAIL CT | SSN         xxx-xx-4065 | | IL State Income Tax (Residence) M4 |
| ST. CHARLES, IL 60175 | Job         FIN ADVISOR | Location    133-Geneva, IL | IL State Income Tax (Work)      M4 |
| USA | Pay Rate    $0.00 | Organization 133 - Geneva, IL (133) | |
| | Pay Frequency  Monthly | Business Grp Department | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Busns Expense | 0.0000 | $0.0000 | ($2,253.34) | ($20,463.62) |
| Commissions | 0.0000 | $0.0000 | $13,963.93 | $146,115.35 |
| Deferred Comp | 0.0000 | $0.0000 | $0.00 | $7,689.00 |
| FA Expense acco | 0.0000 | $0.0000 | $0.00 | ($6,500.00) |
| Pay Sales Asst | 0.0000 | $0.0000 | ($164.86) | ($1,694.08) |
| Reg Earn N Xmpt | 173.3300 | $0.0000 | $0.00 | $0.00 |
| Units - FICA on | 0.0000 | $0.0000 | $329.73 | $3,388.27 |
| Units to Stock | 0.0000 | $0.0000 | $0.00 | $16,790.88 |
| Total Hours | 173.3300 | | | |

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| 401K B&C | Yes | $115.46 | $1,239.58 |
| AD&D - Family | No | $10.00 | $90.00 |
| BASE AD&D | No | $0.00 | $0.00 |
| BASE LIFE | No | $0.00 | $0.00 |
| BASE LTD | No | $0.00 | $0.00 |
| BASE STD | No | $0.00 | $0.00 |
| Deferred Comp | Yes | $329.73 | $3,388.27 |
| Dental Ins | Yes | $61.05 | $549.45 |
| Medical Ins. | Yes | $482.00 | $4,254.00 |
| Stock issued | No | $0.00 | $10,668.55 |
| Units - FICA on | No | $329.73 | $3,388.27 |
| Vision | Yes | $15.60 | $134.46 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $164.09 | $2,035.62 |
| Federal Income Tax | $1,421.93 | $22,347.94 |
| IL State Income Tax | $368.45 | $4,722.07 |
| Social Security Employee Tax | $0.00 | $7,347.00 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx6918 | Checking | $8,577.42 |
| Total | | $8,577.42 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $11,875.46 | $10,541.89 | $1,954.47 | $1,343.57 | $8,577.42 |

| YTD | $145,325.80 | $132,371.77 | $36,452.63 | $23,712.58 | $85,160.59 |

*Originally printed in English*

# Payroll Payment Detail

American Airlines, Inc - ELECTRONIC PAY STATEMENT
4333 Amon Carter Blvd
Fort Worth, TX 76155
1-800-447-2000

```
Cmpy  PA   Emp ID     Employee Name                       Period  Seq #    Check Date   Cost Center
AA00  S2   67579      MARILYN T. COOK-GENDRON              19    04695    10/15/15      0752/6120
    Gross Pay    Pre-Tax Ded.    Total Taxes    After-Tax Ded.  Overpmt Ded.   Overpmt Bal.        Net Pay
     1,945.30          58.36         289.07          168.06          0.00          0.00           1,429.81
```

C = Current Period
R = Retro (Prior) Period
EE = Employee
Hourly Pay Basis

### TOTAL YTD EARNINGS

| Description | YTD Amount |
|---|---|
| YTD Earnings | 11,438.93 |
| Taxable income | 11,137.76 |

### PAY PERIOD AMOUNTS

| Description | Hours | Amount |
|---|---|---|
| C Base Pay | 35.00 | 1,945.30 |
| Total Gross | | 1,945.30 |

### PRE TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| C 401K-$uper $aver | 58.36 | 396.43 |
| Total Pre Tax Deductions | 58.36 | |

### TAXES

| Description | | Amount | YTD Amount |
|---|---|---|---|
| Federal | MS: Married | | DEP: 05 |
| Withholding Tax | | 69.51 | 383.29 |
| EE Social Security Tax | | 120.60 | 715.12 |
| EE Medicare Tax | | 28.21 | 167.25 |
| Illinois | MS: Married | | DEP: 00 |
| Withholding Tax | | 70.75 | 417.87 |
| Total Taxes | | 289.07 | |

### AFTER TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| C Credit Union | 147.56 | 788.34 |
| C Union Due:AA APFA | 20.50 | 205.00 |
| C NRSA Charges | 0.00 | 2,932.56 |
| Total After Tax Deductions | 168.06 | |

### IMPUTED INCOME - TAXABLE

| Description | Amount | YTD Amount |
|---|---|---|
| C Group Term Life | 0.17- | 53.58 |
| C Stk Awd (W-2) | 0.00 | 41.68 |

### INFORMATIONAL ONLY

| Description | Hours | Amount | YTD Amount |
|---|---|---|---|
| C Co Contr FA/AA 9.9% | | 192.59 | 1,158.08 |

### HOURS BY PERIOD

| Description | Hours |
|---|---|
| --- Pay Period 19 2015 10/01/2015 - 10/15/2015 --- | |
| Base Pay | 35.00 |

*Your net pay was deposited into your account *****6926 at bank 071006486.*
*Your net pay for this period is $ 1,429.81.*

# Payroll Payment Detail

```
American Airlines, Inc - ELECTRONIC PAY STATEMENT
4333 Amon Carter Blvd
Fort Worth, TX  76155
1-800-447-2000
```

| Cmpy | PA | Emp ID | Employee Name | Period | Seq # | Check Date | Cost Center |
|------|----|--------|---------------|--------|-------|------------|-------------|
| AA00 | S2 | 67579  | MARILYN T. COOK-GENDRON | 20 | 04699 | 10/30/15 | 0752/6120 |

| Gross Pay | Pre-Tax Ded. | Total Taxes | After-Tax Ded. | Overpmt Ded. | Overpmt Bal. | Net Pay |
|-----------|--------------|-------------|----------------|--------------|--------------|---------|
| 337.58    | 8.25         | 31.78       | 168.06         | 0.00         | 0.00         | 129.49  |

```
C = Current Period
R = Retro (Prior) Period
EE = Employee
Hourly Pay Basis
```

### TOTAL YTD EARNINGS

| Description | YTD Amount |
|-------------|------------|
| YTD Earnings | 11,776.51 |
| Taxable income | 11,410.96 |

### PAY PERIOD AMOUNTS

| Description | Hours | Amount |
|-------------|-------|--------|
| R Training Pay | 11.00 | 275.00 |

### OTHER - NON TAXABLE

| Description | Hours | Amount |
|-------------|-------|--------|
| R TAFB NW D AA | 29.80 | 62.58 |

| Total Gross | | 337.58 |

### PRE TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| C 401K-$uper $aver | 8.25 | 404.68 |

| Total Pre Tax Deductions | 8.25 | |

### TAXES

| Description | | Amount | YTD Amount |
|-------------|--|--------|------------|
| Federal | MS: Married | | DEP: 05 |
| Withholding Tax | | 0.00 | 383.29 |
| EE Social Security Tax | | 17.45 | 732.57 |
| EE Medicare Tax | | 4.08 | 171.33 |
| Illinois | MS: Married | | DEP: 00 |
| Withholding Tax | | 10.25 | 428.12 |

| Total Taxes | 31.78 | |

### AFTER TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| C Credit Union | 147.56 | 935.90 |
| C Union Due:AA APFA | 20.50 | 225.50 |
| C NRSA Charges | 0.00 | 2,932.56 |

| Total After Tax Deductions | 168.06 | |

### IMPUTED INCOME - TAXABLE

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| C Group Term Life | 6.45 | 60.03 |
| C Stk Awd (W-2) | 0.00 | 41.68 |

### INFORMATIONAL ONLY

| Description | Hours | Amount | YTD Amount |
|-------------|-------|--------|------------|
| C Co Contr FA/AA 9.9% | | 27.22 | 1,185.30 |

### HOURS BY PERIOD

| Description | Hours |
|-------------|-------|
| --- Pay Period 17-18 2015 09/01/2015 - 09/30/2015 --- | |
| Training Pay | 11.00 |

*Your net pay was deposited into your account *****6926 at bank 071006486.*

*Your net pay for this period is $   129.49.*