UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-37655 |
| JEROME C. GENDRON | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER ALLOWING COMPENSATION FOR**
**REPRESENTATION OF CHAPTER 13 DEBTOR**
**(For cases filed on or after 10/17/05)**

On the application of the debtor's counsel for compensation for representing the debtor in this case, the Court grants the application based upon its finding that the allowance is reasonable under the provisions of 11 U.S.C. Sec. 330(a), as follows:

| | |
|---|---|
| $     0.00 | for legal services through confirmation of the plan. |
| $ 4,000.00 | for legal services through conclusion of the case. |
| $     0.00 | for legal services after confirmation of the plan. |
| $   408.00 | for reimbursable expenses. |
| $ 4,408.00 | total fees and reimbursement allowed. |
| $     0.00 | less payment received from the debtor prior to date of application. |
| $ 4,408.00 | balance allowed under this order. |

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated:  May 26, 2016

**Prepared by:**

Rusty Payton
PaytonDann
115 S. LaSalle, St, Suite 2600
Chicago, Il 60603
312-702-1000 Ph. and Fax