UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 15-37655 |
|---|---|
| Jerome C. Gendron | Chapter 13 |
| Debtor | Hon. Donald R. Cassing |
| | **Withdraw Proof of Claim #4** |

Now comes Debtor, by and through counsel, and hereby withdraws Proof of Claim #4 filed by Debtor on behalf of Citizens Financial.

Respectfully submitted,

/s/ Rusty A. Payton
Rusty A. Payton
PaytonDann, LLC
Attorney for Debtor
115 South LaSalle Street #2600
Chicago, IL 60603
312/702-1000 – phone & fax
notices@paytondann.com

Certificate of Service

I hereby certify that on June 17, 2016, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Patrick S Layng , USTPRegion11.ES.ECF@usdoj.gov
Standing Chapter 13 Trustee Glenn B Stearns mcguckin_m@lisle13.com

And via regular US Mail to:

Citizens Financial
60 Terra Cotta, Units C&D
Crystal Lake, IL 60014

/s/ Rusty A. Payton
Rusty A. Payton
PaytonDann, LLC
Attorney for Debtor

1