UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                              )          BK No.:   15-37655
Jerome C Gendron                      )
                                                       )          Chapter: 13
                                                       )          Honorable Janet S. Baer
                                                       )
                                                       )
          Debtor(s)                            )

**ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

This matter coming before the Court on the Trustee's Motion to Dismiss, due notice having been given, and the Court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed on the Trustee's motion for material default by the Debtor with respect to a term of a confirmed plan pursuant to § 1307(c)(6).

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 20, 2017

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)